<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-1472**

MICHAEL D. DAVIS,

                    Plaintiff - Appellant,

          v.

SAMUEL I. WHITE, PC; ERIC WHITE; RONALD J. GUILLOT, JR.;
ONEWEST BANK, F.S.B.; FEDERAL NATIONAL MORTGAGE
ASSOCIATION; AMY E. MILLER,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Richmond.  Robert E. Payne, Senior
District Judge.  (3:13-cv-00780-REP)

Submitted:  August 21, 2014          Decided:  August 25, 2014

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Michael D. Davis, Appellant Pro Se.  Ronald James Guillot, Jr.,
SAMUEL I. WHITE, PC, Virginia Beach, Virginia; Syed Mohsin Reza,
TROUTMAN SANDERS, LLP, Tysons Corner, Virginia; Matthew David
Green, Melissa Yvonne York, MORRIS & MORRIS, Richmond, Virginia,
for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael D. Davis appeals the district court's order dismissing his civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Davis v. Samuel I. White, P.C., No. 3:13-cv-00780-REP (E.D. Va. Apr. 21, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED